IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BEVERLY WALL, and<br>JOHNNY WALL, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) NO. 3:18-cv-00598<br>) JURY DEMAND |
| WAL-MART STORES EAST, L.P., | )<br>) |
| Defendant. | ) |

## JOINT REPORT REGARDING CASE RESOLUTION

In accordance with this Honorable Court's June 10, 2020 Order [DE #34], the parties, by and through their respective undersigned counsel, hereby file this joint report regarding case resolution. The parties state that they conducted a mediation in this case with Mark LeVan on Friday, May 22, 2020 and the parties reached a settlement agreement at the mediation to settle all claims. The parties respective undersigned counsel state that in the next thirty (30) days that they will file a joint Motion and an agreed final Order of dismissal with prejudice.

**RESPECTFULLY SUBMITTED:**

| | |
|---|---|
| s/ Greg Callaway | s/ Billy J. Marlowe by Greg Callaway with |
| Greg Callaway, No. 18575 | express permission granted 6-15-2020 |
| Howell & Fisher, PLLC | Billy J. Marlowe, No. 024146 |
| 3310 West End Avenue, Suite 550 | Marlowe Law Offices, PLLC |
| Nashville, TN 37203 | 404 James Robertson Pkwy., Suite 1613 |
| Direct: (615) 921-5226 | Nashville, TN 37219 |
| Office: (615) 244-3370 | TEL: 615/244-9190 |
| Fax: (615) 244-3518 | FAX: 615/244-9196 |
| Email: gcallaway@howell-fisher.com | EMAIL: billymarlowe@marlowelaw.net |
| Attorney for Wal-Mart Stores East, L.P. | Attorney for Plaintiff |

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served via ECF upon Billy J. Marlowe, 404 James Robertson Pkwy., Suite 1613, Nashville, TN 37219; on this 15th day of June, 2020.

s/ Greg Callaway