UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BEVERLY WALL and JOHNNY WALL, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | NO. 3:18-cv-00598 ) ) |
| WAL-MART STORES EAST, L.P., | ) ) ) |
| Defendant. | ) |

## ORDER

The parties have Joint Motion for Entry of Final Order of Dismissal with Prejudice (Doc. No. 38). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file. Any pending Motions are **DENIED** as **MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE